**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW THOMPSON,

    Plaintiff,

vs.                                            CASE NO. 6:06-CV-39-ORL-19JGG

GGR ROOFING, INC.,
DANNY GILILEO,

    Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 31, filed December 8, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 31) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement and to Dismiss Case with Prejudice (Doc. No. 30, filed November 27, 2006) is **GRANTED,** and the Settlement Agreement (Doc. No. 30) is **APPROVED.** This case is hereby **DISMISSED with prejudice**, and the Clerk of the Court is directed to **CLOSE THIS CASE.**

**DONE AND ORDERED** at Orlando, Florida, this  29th  day of December, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record